UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Respondent, )<br>)<br>V. )<br>)<br>TILMAN RUFUS PARTIN, )<br>)<br>Defendant/Movant. )<br>) | Criminal No. 96-63-GFVT<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Robert Wier [R. 329] filed herein on December 17, 2013. Consistent with local practice, the Report and Recommendation addresses the *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2255 filed by Tilman Rufus Partin. The Report and Recommendation concludes that the Petitioner's motion § 2255 motion is successive, does not include the necessary certification and must be transferred to the Sixth Circuit. The Recommended Disposition advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id*. at 4.] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [R. 329] as to Tilman Rufus Partin is **ADOPTED** as and for the Opinion of the Court, and

2. Partin's petition [R. 325 & 328] is **TRANSFERRED** to the Sixth Circuit pursuant to 28 U.S.C. § 1631**.**

This 22nd day of January, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge